UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE CO., <br>     Plaintiff, <br> v. <br> KELLY NGUYEN, et al., <br>     Defendants. | Case No. 2:25-cv-01322-JAD-NJK <br> **Order** <br> [Docket No. 20] |

Pending before the Court is Plaintiff's joint status report regarding the joint discovery plan and scheduling order. Docket No. 20.

LR IA 7-1 provides that "[a]ll communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket." Further, LR IA 6-1 sets forth the requirements for requests for continuance, extension of time, or order shortening time. A motion to extend time "must inform the court of all previous extensions of the subject deadline the court granted" and include "a statement indicating whether it is the first, second, third, etc., requested extension." LR IA 6-1.

The instant filing is improperly styled as a status report, though it is actually a motion to extend time to file the proposed joint discovery plan and scheduling order. *See* Docket No. 20; *see also* LR IA 7-1. Further, the instant filing does not state that this is the first request for an extension of time. *See* LR IA 6-1.

Federal Rule of Civil Procedure 6(b)(1) authorizes the Court to grant an extension of time for good cause shown. *See also* Local Rule 26-3. The good cause standard is "non-rigorous" and "has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (collecting cases). Therefore, "requests for extensions of time made before the applicable deadline has passed should 'normally ... be granted in the absence of

bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Id.* (quoting *Wright & Miller's Federal Practice & Procedure* § 1165 (3d ed. 2004)).

In the instant filing, Plaintiff submits that it has prepared the proposed scheduling order and circulated it to the parties for review; however, all parties have not responded. *See* Docket No. 20 at 1-2. Plaintiff requests a two-week extension to submit the proposed joint discovery plan and scheduling order. *See id.*

Accordingly, the Court **GRANTS** the motion and **EXTENDS** the deadline to file the proposed joint discovery plan and scheduling order to December 1, 2025. The parties are **ORDERED** to comply with the local rules in all filings to the Court.

IT IS SO ORDERED.

Dated: November 17, 2025

_____
Nancy J. Koppe
United States Magistrate Judge